No. 91–503. SCHULTZ *v.* FEDERAL COMMUNICATIONS COMMISSION ET AL. C. A. D. C. Cir. Certiorari denied. JUSTICE THOMAS took no part in the consideration or decision of this petition.

No. 91–506. ENVIRONMENTAL DEFENSE FUND, INC. *v.* WHEELABRATOR TECHNOLOGIES, INC., ET AL. C. A. 2d Cir. Motion of petitioner to defer consideration of petition for writ of certiorari denied. Certiorari denied.

No. 91–512. KAMEN *v.* KEMPER FINANCIAL SERVICES, INC., ET AL. C. A. 7th Cir. Motion of respondent Kemper Financial Services, Inc., for damages and costs denied. Certiorari denied.

No. 91–527. NATIONAL STEEL CORP. *v.* WHITE ET AL. C. A. 4th Cir. Certiorari denied. JUSTICE WHITE would grant certiorari.

No. 91–5977. HAUGEN *v.* BRADY ET AL.; and HAUGEN *v.* CLARK COUNTY, NEVADA, ET AL. C. A. 9th Cir. Certiorari before judgment denied.